UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

# CLERK'S MINUTES

**CASE NUMBER:** CR05-36T **DATE:** August 18, 2005
**TITLE OF CASE:** USA v. William Corvese

**CHIEF JUDGE:** **ERNEST C. TORRES**

**COURTROOM CLERK:** **Lucia Leyva**
**COURT REPORTER:** **Joseph Fontes**
**COURT INTERPRETER:** **n/a**
**PROBATION:** **Dennis Jenkins**

---

**COUNSEL PRESENT:**

Government: James H. Leavey, AUSA

Defendant: Kevin Fitzgerald, Esquire

---

**PROCEEDINGS:** **Sentencing**

August 18, 2005: All counsel of record present. Defendant is present. Probation is present. Court addresses. No objections to the Presentence Investigation Report. Regarding sentencing, defense asks for a sentence different than what is called for/lower than the guideline range. Defense argues sentencing request. Government responds and argues against defense request. Defense responds. Defendant allocutes. Court addresses two-level increase for "Threat of death" component. Court finds that the total offense level should only be increased by one level. Court sentences defendant to 46 months incarceration with 3 years supervised release on each count concurrent. Special Conditions: Substance abuse counseling and treatment either inpatient or outpatient as directed by U.S. Probation; Drug testing, up to 72 times per year, as directed by U.S. Probation. Restitution in the amount of $2110.00 to Citizen's Bank. Interest to be suspended for the term of incarceration. Fine is waived as the Court finds defendant has no ability to pay. Special assessment of $100.00 on each count ($200.00 total). Court recommends to the BOP that : 1. Defendant be assigned to Fort Devens due to his physical condition. 2. While incarcerated, the defendant participate in a drug treatment program offered by the facility.

Recess